**In re William FRATTINI, Esq.**

[768 A.2d 1279]

No. 00-582

January 30, 2001. Pursuant to Administrative Order No. 9, Rule 17, respondent is suspended from the practice of law until further order of this Court.